UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARINA ISKHAKOVA, on behalf of herself and
all others similarly situated,
    Plaintiff,

v.                                                                  CASE NO.: 1:22-cv-7752

TRIPLE EIGHT DISTRIBUTION, INC.
    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL**

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to the Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: July 22, 2023                                                  Respectfully Submitted,

                                                                               /s/Mark Rozenberg
                                                                              Mark Rozenberg, Esq.
                                                                              **Stein Saks, PLLC**
                                                                              One University Plaza
                                                                              Hackensack, NJ 07601
                                                                              mrozenberg@steinsakslegal.com
                                                                              Tel. 201-282-6500
                                                                              Fax 201-282-6501
                                                                              *Attorneys for Plaintiff*

[signature] 7.24.23

## Certificate of Service

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

      This 22nd day of July, 2023            Respectfully Submitted,

                                                        */s/ Mark Rozenberg*
                                                        Mark Rozenberg